IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 16 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | | |
|---|---|---|
| CYNTHIA B. EVANS, | ) | CASE NO. 3:04CV00097 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MEDTRONIC, INC. | ) | |
| | ) | By:  B. WAUGH CRIGLER |
| Defendant, | ) | U.S. MAGISTRATE JUDGE |

For the reasons set forth at the March 15, 2005 telephone conference, it hereby is

ORDERED

as follows:

1) Discovery shall be limited to matters relating to product defect and causation and shall be completed on or before May 1, 2005. All other discovery hereby is stayed;[1]

2) Defendant shall have until May 16, 2005 to file any motion for summary judgment along with a supporting memorandum and exhibits in support thereof on issues relating to product defect and causation;

3) Plaintiff shall have until June 13, 2005 to respond;

4) Defendant shall have until June 20, 2005 to file a reply brief which shall be limited to five (5) pages;

5) A hearing on defendant's motion for summary judgment hereby is scheduled before the

---

[1] The parties agreed that all discovery developed in a previous action which was voluntarily dismissed shall be incorporated herein, and it is so ORDERED. To the extent the parties rely on such discovery to support or oppose summary judgment, they must attach such discovery as an exhibit to their memorandum filed in support of or in opposition to summary judgment.

undersigned on June 28, 2005 at 10:00 a.m. in the United States District Court, Charlottesville, Virginia;

6) Defendant's March 14, 2005 motion to quash plaintiff's notice of deposition under Rule 30(b)(6) and objection to plaintiff's accompanying request for production of documents hereby is GRANTED, in part, and DENIED, in part. The motion to quash the deposition hereby is DENIED; however, the objection to the request for production hereby is SUSTAINED without prejudice to plaintiff to amend or supplement her request for production in a manner discussed during the conference and hearing.

The Clerk of the Court hereby is directed to transmit a copy of this order to all counsel of record.

ENTERED: _____
U.S. Magistrate Judge

Date: 3/16/05