
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

CYNTHIA B. EVANS,

      Plaintiff,

v.                                    Civil Action No: 3:04CV00097

MEDTRONIC, INC.,

      Defendant.

**NOTICE OF APPEAL**

PURSUANT to Rule 3 of the Federal Rules of Appellate Procedure notice is hereby given that Cynthia B. Evans, plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order entered in the case on December 27, 2005 granting defendant's Motions to exclude plaintiff's designated expert Douglas Townsend, Ph.D. and for Summary Judgment.

                                              CYNTHIA B. EVANS
                                              By counsel

January 17, 2005
Date

                                              Robert B. Adams VSB# 27301
                                              8280 Greensboro Drive, 7th Floor
                                              McLean, Virginia 22102
                                              703-761-5000 (Office)
                                              703-761-5023 (Facsimile)

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2006, I mailed, postage prepaid, a true and complete copy of the foregoing Notice of Appeal to Brian D. Fowler, Esq., Troutman Sanders LLP, PO Box 1122, Richmond, Virginia 23218-1122, counsel for defendant.

_____
Robert B. Adams